1 | RACHEL C. HERNANDEZ
Acting United States Attorney
2 | District of Arizona

3 | SHEILA PHILLIPS
Assistant United States Attorney
4 | Michigan State Bar No. P51656
Two Renaissance Square
5 | 40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
6 | Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
7 | Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00296-PHX-SPL (JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1 |
| Ramon Guillermo Gomez, | |
| Defendant. | 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Counts 2-23 |
| | 18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between July 5, 2022, through September 6, 2023, in the District of Arizona, Defendant RAMON GUILLERMO GOMEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNTS 2-23**

On or about the dates below, in the District of Arizona, Defendant RAMON GUILLERMO GOMEZ knowingly made false statements and representations in connection with the acquisition of a firearm to Jones and Jones, which were intended and likely to deceive Jones and Jones as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant RAMON GUILLERMO GOMEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that Defendant RAMON GUILLERMO GOMEZ was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else:

| Count | Date |
|---|---|
| 2 | 7/5/2022 |
| 3 | 7/15/2022 |
| 4 | 8/18/2022 |
| 5 | 8/27/2022 |
| 6 | 9/9/2022 |
| 7 | 1/7/2023 |
| 8 | 2/16/2023 |
| 9 | 3/10/2023 |
| 10 | 4/10/2023 |
| 11 | 4/19/2023 |
| 12 | 5/1/2023 |
| 13 | 5/15/2023 |
| 14 | 5/27/2023 |
| 15 | 6/6/2023 |
| 16 | 6/17/2023 |
| 17 | 6/26/2023 |

| 18 | 7/11/2023 |
|---|---|
| 19 | 7/19/2023 |
| 20 | 8/4/2023 |
| 21 | 8/16/2023 |
| 22 | 8/23/2023 |
| 23 | 9/6/2023 |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1 through 23 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 23 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

1  All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28
2  U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.
3                                       A TRUE BILL
4
5  *s/*
   FOREPERSON OF THE GRAND JURY
6  Date: February 26, 2025

7  RACHEL C. HERNANDEZ
   Acting United States Attorney
8  District of Arizona
9

10 *s/*
   SHEILA PHILLIPS
11 Assistant U.S. Attorney